RECEIVED
DEC 14 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MEDCO ENERGI US, L.L.C. | CIVIL ACTION NO. 09-0971 |
| VERSUS | JUDGE DOHERTY |
| SEA ROBIN PIPELIN CO., L.L.C. | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Pending before this Court are a "Motion for Summary Judgment" filed by defendant Sea Robin Pipeline Co, L.L.C. ("Sea Robin") [Doc. 9] and a Motion for Additional Discovery Prior to Ruling on Sea Robin's Motion for Summary Judgment [Doc. 13], filed by plaintiff Medco Energi US, L.L.C. ("Medco"). Sea Robin opposes Medco's request for additional discovery [Doc. 19].

In its motion for additional discovery, Medco alleges it can timely file its opposition brief to Sea Arobin's motion for summary judgment,[1] but that such opposition will only be based on the information Medco has gathered thus far. Medco argues additional discovery is necessary for it to fully respond to Sea Robin's motion, and that, as this case is in its early stages and no discovery has been conducted, Medco is not in a position to fully respond to Sea Robin's arguments contained within its motion without the additional discovery.[2] Sea Robin filed an opposition brief, arguing the requested discovery will not create a genuine issue of material fact.

This Court cannot determine, without an in-depth analysis of the pending motion and the response filed by Medco to date, whether the requested discovery will create a genuine issue of

---

[1] Medco has, indeed, filed an opposition brief. See Doc. 14.

[2] Trial of this matter is set on January 3, 2011; the discovery deadline is May 4, 2010; and the dispositive motion deadline is September 16, 2010.

material fact. However, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, if a party opposing a motion shows by affidavit that it cannot present facts essential to justify its opposition, the Court may:

> (1) deny the motion;
> (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or
> (3) issue any other just order.

Fed. R. Civ. P. 56(f).

Therefore, considering that the dispositive motion deadline in this matter is not until September 16, 2010, there will be no prejudice to Sea Robin if this Court denies the pending motion for summary judgment as premature and permits Medco to take additional discovery. Conversely, significant prejudice could inure to Medco were this Court to foreclose the possibility of permitting additional discovery under the circumstances of this case.

Considering the foregoing,

IT IS ORDERED that the Motion for Additional Discovery Prior to Ruling on Sea Robin's Motion for Summary Judgment [Doc. 13] filed by Medco is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Sea Robin [Doc. 9] is DENIED AS PREMATURE. Once the requested discovery is completed, Sea Robin may re-urge its motion.

THUS DONE AND SIGNED in Lafayette, Louisiana this ___14___ day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

2